Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar. No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org

*Attorney for Petitioner Marco Juarez Jimenez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Marco Juarez Jimenez

      Petitioner,

    v.

Pamela Bondi, *et al.*,

      Respondents.

Case No. 2:26-cv-00971-GMN-NJK

**Order Granting Stipulation for Extension of Time**

Petitioner Marco Juarez Jimenez and Respondents Pamela Bondi, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until April 24, 2026, to file an amended petition for writ of habeas corpus; Respondents shall have until May 1, 2026, to file their answer; and Petitioner shall have until May 8, 2026, to file his reply. Based upon this Court's order (ECF No. 3), the amended petition is currently due April 10; the answer is due April 17; and the reply is due April 24, 2026. This is the first stipulation for an extension of time for Petitioner to file an amended petition.

On April 9 and 10, 2026, counsel for Petitioner conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros, to inform him that she had just received assignment of the case and needed additional time to meet

with the client and prepare the petition. Mr. Botros agreed to this extension for that purpose.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadlines as follows:

1. Petitioner to file an amended petition by April 24, 2026.

2. Respondents to file answer by May 1, 2026.

3. Petitioner to file reply by May 8, 2026.

This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 10th day of April, 2026.

| | |
|---|---|
| TODD BLANCHE<br>Acting Attorney General of the<br>United States<br>SIGAL CHATTAH<br>First Assistant United States<br>Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Tamer Botros<br>Tamer Botros<br>Assistant United States Attorney | /s/ Alicia R. Intriago<br>Alicia R. Intriago<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

DATED this __14__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2