AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Marco Juarez Jimenez

JUDGMENT IN A CIVIL CASE

Petitioner,

v.

Case Number: 2:26-cv-00971-GMN-NJK

Lyons et al

Respondents.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
JUDGMENT entered in favor of Petitioner, Marco Juarez Jimenez, and Respondents, Todd Lyons, Christopher Chestnut,  Moises Becerra, Markwayne Mullin, Todd Blanche.

05/28/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ JG
_____
Deputy Clerk