# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARCO JUAREZ JIMENEZ,

                Petitioner,

    vs.

TODD LYONS, *et al.*,

                Respondents.

Case No.: 2:26-cv-00971-GMN-NJK

**ORDER PARTIALLY AMENDING RELEASE ORDER**

Pending before the Court is Petitioner Marco Juarez Jimenez's Emergency Motion Seeking Clarification of the Court's May 28, 2026, Order, (ECF No. 27). For the reasons discussed below, the Court GRANTS the Emergency Motion and partially amends its May 28 Order.

On May 28, this Court granted Petitioner Marco Juarez Jimenez's Amended Petition for Writ of Habeas Corpus and ordered his release between 12 p.m. and 3 p.m. today, May 29. (*See* Order 10:6–7, ECF No. 22). The Court further ordered that Petitioner's personal property be returned to him. (*Id.* 10:12–13). Petitioner now moves the Court to clarify its Order due to complications posed by the fact that Petitioner is currently detained in California. (*See generally* Emergency Mot. Clarification, ECF No. 27).[1]

When Petitioner was originally detained by ICE, he was housed at Nevada Southern Detention Center. (*Id.* 1:22–2:3). He was later moved to the California City Immigration Processing Center where he is currently house. (*Id.* 1:20–21). Before his detention, Petitioner

---

[1] According to the Emergency Motion, counsel for Federal Respondents does not know whether Petitioner would be released in California or Nevada but stated that he would likely "be released in California since no one had made us or the court aware that he was not in Nevada until today." (Emergency Mot. Clarification 2:6–11). The Amended Petition, to which Federal Respondents filed a Response, identifies that Petitioner is no longer being detained in the District of Nevada. Moreover, counsel's client is in full control of Petitioner's location while he is in detention.

had been living and working in Las Vegas for several years. (*Id.* 1:21–22).  As a result of these facts, the Court finds that Petitioner should be released in Las Vegas.  The Court therefore amends its Order to require his release from Las Vegas on Tuesday, June 2, 2026,  between 12:00 p.m. and 3:00 p.m. to allow time for his transfer to Las Vegas.  Petitioner should not be released in California.  However, in the event Petitioner is mistakenly released in California, counsel for Federal Respondents must immediately affirmatively notify Petitioner's counsel of the time and location at which he has been released.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Emergency Motion Seeking Clarification of the Court's May 28, 2026, Order, (ECF No. 27), is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner be returned to Las Vegas, NV to be processed and released from ICE custody on **June 2, 2026, between 12 p.m. and 3 p.m.**

**IT IS FURTHER ORDERED** that Respondents must still return Petitioner's personal property upon his release.

**IT IS FURTHER ORDERED** that the parties shall file a **JOINT** status report by **June 3, 2026**, to certify compliance with the Court's Order.

**IT IS FURTHER ORDERED** that all other portions of the May 28, 2026, Order, (ECF No. 22), remain in effect.  This Order only amends the portion of the order discussed herein.

Counsel for Respondents are directed to immediately provide notice of this Order to the parties they represent.

Dated this __29__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court